

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00258-CR

**EX PARTE** Luis Miguel Ramirez **PEREZ**

From the County Court, Kinney County, Texas
Trial Court No. 10366CR
Honorable Roland Andrade, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the order of the trial court denying appellant's application for writ of habeas corpus is AFFIRMED. This court's May 4, 2022 stay is LIFTED.

SIGNED February 22, 2023.

Liza A. Rodriguez, Justice